**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
| v. | ) | Civil No.  3:99CV00979 (EBB) |
| | ) | |
| 889 Lake Ave. | ) | |
|         Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
| v. | ) | Civil No.  3:99CV01772 (EBB) |
| | ) | |
| 895 Lake Ave. | ) | |
|         Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
| v. | ) | Civil No.  3:00CV01910 (EBB) |
| | ) | |
| $140,000.00 | ) | |
|         Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
| v. | ) | Civil No.  3:00CV02007 (EBB) |
| | ) | |
| 1994 Harley Davidson, et al. | ) | |
|         Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
| v. | ) | Civil No.  3:00CV02010 (EBB) |
| | ) | |
| $596,013.77, et al. | ) | |
|         Defendants. | ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                Plaintiff,      )<br>    v.                              )<br>                               )<br>$29,035,500.00, et al.         )<br>               Defendants.     ) | Civil No.  3:01CV01515 (EBB) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 14, 2004, a true and correct copy of the foregoing was delivered via United States Mail, first-class postage prepaid, to:

Julie G. Turbert
U.S. Attorney's Office –NH
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Jeremiah Donovan, Esq.
123 Elm Street
Old Saybrook, CT 06475

Forrest B. Lammiman, Esq.
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, Illinois 60603

Lane Wharton, Esq.
Bode, Call and Stroup
3101 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27612

David Slossberg, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, CT 06460

James J. Calder, Esq.
Rosenman & Colin, LLP
575 Madison Avenue
New York, NY 10022-2585

Howard R. Wolfe, Esq.
125 Mason Street, P.O. Box 1668
Greenwich, CT 06830

Joseph Martini, Esq.
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490

Sundew International, Ltd.
c/o Aria, Fabrega & Fabrega
Trust Co. (BVI) Limited
Wickhams Cay 1, P.O. Box 985
Road Town, Tortola – British Virgin Islands

David Rosse
FPC Nellis
C.S. 4500
North Las Vegas, Nevada 89036-4500

Thomas J. Willams, Esq.
99 Indian Field Road
Greenwich, CT 06830

Andrea L. Roschelle, Esq.
Delafield, Hope & Linder
342 Madison Avenue
New York, NY 10173

Mossack Fonseca & Co (BVI) Ltd.
Akara Building, 24 De Castro Street
P.O. Box 3136
Road Town, Tortola
British Virgin Islands

Dated: New Haven, Connecticut
       October 14, 2004

        /s/ James A. Lenes
James A. Lenes (ct10408)
Neubert, Pepe & Monteith, P.C.
Federal Bar No.: CT 00616
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone: (203) 821-2000
Facsimile: (203) 821-2009