UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | Civil No. 3:00CV2010 (EBB) |
| $596,013.77 AND $855,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 6372128044, HELD IN THE NAME OF GREENSTEIN, STARR, GERSTEIN, AND RINALDI, AS ESCROW AGENTS FOR ENDURANCE INVESTMENTS LIMITED, AT BANK OF NEW YORK, | : |
| Defendants. | October 14, 2004 |
| [CLAIMANT: ENDURANCE INVESTMENTS LIMITED] | |

PLAINTIFF UNITED STATES OF AMERICA'S
RESPONSE TO NOTICE OF RULE 41(a)

The Plaintiff, United States of America ("United States"), hereby responds to the Rule 41(a) Notice entered by the Court on September 24, 2004 in the above-captioned civil forfeiture action. The undersigned Assistant United States Attorney hereby represents to this Court the following:

1. On October 17, 2000, the Plaintiff, United States of America, filed a Verified Complaint of Forfeiture against $596,013.77 and $855,000.00 in United States Currency seized from Account Number 6372128044, held in the name of Greenstein, Starr, Gerstein & Rinaldi, as escrow agents for Endurance Investments Limited, at Bank of New York ("Currency Defendants"), to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) for the forfeiture of property