## AFFIDAVIT OF BETTY CORDIAL

1.      My name is Betty Cordial.  I have served as Administrative Supervisor, Deputy Rehabilitator and Deputy Liquidator of First National Life Insurance Company of America ("FNL"), Family Guaranty Life Insurance Company ("FGL"), and Franklin Protective Life Insurance Company ("FPL").  These three insurance companies were all domiciled in Mississippi.  I was appointed Deputy Rehabilitator by the Chancery Court of the First Judicial District of Hinds County, Mississippi on May 10, 1999, and subsequently appointed Deputy Liquidator after the insurance companies were placed in liquidation.

2.      Seven insurance companies domiciled in five different states (FNL, FGL, FPL), along with Franklin American Life Insurance Company, Farmers and Ranchers Life Insurance Company, Old Southwest Life Insurance Company, and International Financial Services Life Insurance Company) (hereinafter collectively referred to as "Insurance Companies") were the victims of a scheme, headed by Martin Frankel, to steal the Insurance Companies' assets.

3.      In May 1999, the Commissioners and Directors of Insurance for each of the five states where these Insurance Companies were domiciled ("Regulators") determined that assets of the Insurance Companies purportedly invested at Liberty National Security were missing and could not be located.  Since that time, I have worked closely with the five state Regulators as well as the receivers of each of the seven Insurance Companies to locate and recover the Insurance Companies' assets and determine the source of the losses.  I am familiar with the collective actions taken by the Regulators and receivers.

4.      After the discovery of the theft, the Regulators in the five states immediately provided notice to appropriate law enforcement agencies of the criminal acts they had uncovered. The Regulators also promptly initiated actions to prevent Frankel and others from engaging in further criminal activities in connection with the Insurance Companies, including immediately securing the bank accounts of the Insurance Companies and restricting access to the Insurance Companies' offices and other assets. These prompt actions terminated Frankel's ability to control the Insurance Companies' remaining assets

5.      All of the Insurance Companies have been placed in receivership by state courts in their respective domiciliary states and receivers have been appointed. ("Receivers")  The Receivers of the Liquidation Estates of the Insurance Companies are claimants in this forfeiture action on behalf of the seven Liquidation Estates.

6.      The Regulators and Receivers have diligently addressed all inquires, requests and concerns of federal and state authorities concerning the Insurance Companies.  At the specific request of Assistant U.S. Attorney Mark Califano, FBI Special Agent Joe Dooley, IRS Agent Larry Marini, and others, the receivership staffs and their counsel secured and produced the documents located in the executive offices of the Frankel-controlled insurance companies in Franklin, Tennessee and Birmingham, Alabama.  In addition, at the request of these and other federal and state criminal investigators and prosecutors, the receivership staffs and counsel provided information and documents supporting the mail fraud and money laundering charges against Frankel and his associates; provided leads to the location of assets; and provided



EXHIBIT
9

transcripts and other discovery developed in civil litigation. The receivership staffs and counsel also have remained available to provide testimony at the request of criminal authorities.

7.     This Declaration is based on my personal knowledge, and if called as a witness, I would testify to the facts set forth herein.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Betty Cordial

Subscribed and sworn to before me,
this 27 day of Jan, 2005.

_____
Notary Public

**"OFFICIAL SEAL"**
SUSAN NESBIT
Notary Public, State of Illinois
My Commission Expires 11-23-2008

My Commission Expires: