UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil No. 3:00CV2010 (EBB) |
| $596,013.77 AND $855,000.00 : IN UNITED STATES CURRENCY : SEIZED FROM ACCOUNT NUMBER : 6372128044, HELD IN THE NAME OF : GREENSTEIN, STARR, GERSTEIN, : AND RINALDI, AS ESCROW AGENTS : FOR ENDURANCE INVESTMENTS : LIMITED, AT BANK OF NEW YORK, : | January 24, 2006 |
| Defendants. : | |

CORRECTED
SECOND MOTION TO EXTEND SCHEDULING DEADLINES

The Plaintiff, United States of America, hereby respectfully requests that the scheduling deadlines set in this case be extended. The motion previously filed on January 20, 2006, contained several incorrect dates due to typographical errors. The other parties to this case, collectively referred to as the Receiver-Claimants,[1] also join in this request. The United States and the Receiver-Claimants propose the following corrected schedule:

---

[1] Kim Holland, Commissioner of Insurance for the State of Oklahoma, in her capacity as Receiver of Farmers and Ranchers Life Insurance Company; W. Dale Finke, Director of the Missouri Department of Insurance, in his capacity as Receiver of International Financial Services Life Insurance Company; Paula A. Flowers, Commissioner of Commerce and Insurance for the State of Tennessee, in her capacity as Receiver of Franklin American Life Insurance Company; Julie Benafield Bowman, Commissioner of Insurance for the State of Arkansas, in her capacity as Receiver of Old Southwest Life Insurance Company; and George Dale, Commissioner of Insurance for the State of Mississippi, in his capacity as Liquidator of Family Guaranty Life Insurance Company, Franklin Protective Life Insurance Company, and First National Life Insurance Company of America.

| | | |
|---|---|---|
| 1. | Complete discovery by: | July 19, 2006 |
| 2. | Disclosure of experts by: | August 9, 2006 |
| 3. | Disclosure of rebuttal experts by: | August 23, 2006 |
| 4. | Dispositive motions by: | September 7, 2006 |
| 5. | Pre-Trial Conference: | September 21, 2006 |
| 6. | Trial-Ready Date: | October 25, 2006 |

This case is related to several other civil forfeiture cases[2] in which there are additional victim-claimants.[3] In those related cases, the parties have agreed to extend certain deadlines pending a decision from this Court, as well as the Mississippi Liquidation Court, on the Receiver-Claimants' Motion to Dismiss, which is currently pending in both courts. In the Mississippi case, Peoples, Veterans and Settlers have appealed their priority assigned by the Liquidation Court in connection with the losses sustained by various insurance and re-insurance companies as a result of the fraudulent scheme conducted by Martin Frankel and others. That case was recently remanded from the Mississippi Supreme Court and is awaiting a decision. A hearing in the Mississippi case was scheduled for September 1, 2005, but due to Hurricane Katrina, the hearing was postponed. A new date is currently scheduled for May 1, 2006.

In the $29,035,500.00 & $3,241,500.00 and 277 Diamonds, et al. cases before this Court, Receiver-Claimants have moved to dismiss the claims of Peoples, Veterans and Settlers on the

---

[2] United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB); United States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

[3] Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff Cook, Inc. (Settlers), collectively "Peoples, Veterans and Settlers."

grounds that they lack standing to assert their constructive trust claims in those cases. Even though Peoples, Veterans and Settlers have not asserted claims in this case, the parties have agreed to hold off on moving forward with the case because the decisions in both courts on the Receiver-Claimants' motions to dismiss will have an impact on all of the related civil forfeiture actions.

This is the second motion for extension filed with respect to these deadlines. Counsel for the Receiver-Claimants concur with this request and support the granting of this motion.

                    Respectfully submitted,

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY

                    JULIE G. TURBERT
                    ASSISTANT U.S. ATTORNEY
                    157 CHURCH STREET
                    P.O. BOX 1824
                    NEW HAVEN, CT 06508
                    TEL. (203) 821-3700
                    FAX (203) 773-5373
                    FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Corrected Second Motion to Extend Scheduling Deadlines has been mailed, postage prepaid, this 24th day of January, 2006, to:

Douglas J. Schmidt, Esq.
Tessa K. Jacob, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

　　　　　　　　　　　　　　　　　　　　　　JULIE G. TURBERT
　　　　　　　　　　　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY