UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:00CV2010 (EBB) |
| : | |
| $596,013.77 AND $855,000.00 : | |
| IN UNITED STATES CURRENCY : | |
| SEIZED FROM ACCOUNT NUMBER : | |
| 6372128044, HELD IN THE NAME OF : | |
| GREENSTEIN, STARR, GERSTEIN, : | |
| AND RINALDI, AS ESCROW AGENTS : | December 4, 2006 |
| FOR ENDURANCE INVESTMENTS : | |
| LIMITED, AT BANK OF NEW YORK, : | |
| : | |
| Defendants. : | |

SEVENTH MOTION FOR EXTENSION OF TIME
NUNC PRO TUNC

The Plaintiff, United States of America, hereby moves for a seventh extension of time, nunc pro tunc, within which to respond to the Motion for Summary Judgment filed by the Receiver-Claimants.[1] Plaintiff requests from October 19, 2006 until March 1, 2007 to file a responsive pleading.

---

[1] Kim Holland, Commissioner of Insurance for the State of Oklahoma, in her capacity as Receiver of Farmers and Ranchers Life Insurance Company; W. Dale Finke, Director of the Missouri Department of Insurance, in his capacity as Receiver of International Financial Services Life Insurance Company; Paula A. Flowers, Commissioner of Commerce and Insurance for the State of Tennessee, in her capacity as Receiver of Franklin American Life Insurance Company; Julie Benafield Bowman, Commissioner of Insurance for the State of Arkansas, in her capacity as Receiver of Old Southwest Life Insurance Company; and George Dale, Commissioner of Insurance for the State of Mississippi, in his capacity as Liquidator of Family Guaranty Life Insurance Company, Franklin Protective Life Insurance Company, and First National Life Insurance Company of America.

The United States and Receiver-Claimants have been working together in an effort to resolve this case, as well as the other Frankel-related forfeiture actions. Due to the complexity of the cases and multiple Receiver-Claimants involved, more time is needed to continue to explore the possibility of settlement. The parties estimate that they will need this additional time to determine if a mutually agreeable resolution is feasible. The additional time would therefore be greatly appreciated.

This is the seventh motion for extension filed with respect to this deadline. Counsel for the Receiver-Claimants have indicated that they have no objection to the granting of this motion.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JULIE G. TURBERT
        ASSISTANT U.S. ATTORNEY
        UNITED STATES ATTORNEYS OFFICE
        157 CHURCH STREET
        NEW HAVEN, CT 06510
        TELEPHONE: (203) 821-3700
        FAX: (203) 773-5373
        FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Seventh Motion for Extension of Time, Nunc Pro Tunc, has been mailed, postage prepaid, this 4th day of December, 2006, to:

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
4801 Main, Suite 1100
Kansas City, MO 64108

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY