UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2010 (EBB) |
| | : | |
| $596,013.77 AND $855,000.00 | : | |
| IN UNITED STATES CURRENCY | : | |
| SEIZED FROM ACCOUNT NUMBER | : | |
| 6372128044, HELD IN THE NAME OF | : | |
| GREENSTEIN, STARR, GERSTEIN, | : | |
| AND RINALDI, AS ESCROW AGENTS | : | August 8, 2007 |
| FOR ENDURANCE INVESTMENTS | : | |
| LIMITED, AT BANK OF NEW YORK, | : | |
| | : | |
| Defendants. | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

A supporting memorandum and proposed Decree of Forfeiture are filed herewith.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JULIE G. TURBERT
        ASSISTANT U.S. ATTORNEY
        ATTORNEY BAR # ct23398
        157 CHURCH STREET
        NEW HAVEN, CT 06510
        TELEPHONE: (203) 821-3700
        FAX: (203) 773-5373
        EMAIL: Julie.Turbert@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture has been sent via electronic mail on this 8th day of August, 2007, to:

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 South Kelly
Edmond, Oklahoma 73013-3018
email: sloving@lldlaw.com

Douglas J. Schmidt, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
email: dschmidt@blackwellsanders.com
email: tsummers@blackwellsanders.com

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
email: acampbell@wyattfirm.com

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, Connecticut 06510
email: dskalka@npmlaw.com

Charles G. Copeland, Esq.
Janet G. Arnold, Esq.
Copeland, Cook, Taylor & Bush
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, Mississippi 39157
email: gcopeland@cctb.com
email: Jarnold@cctb.com

James A. Lenes, Esq.
9 Grove Street
Ridgefield, CT 06877
email: jlenes@Leneslaw.com

and by first class mail to:

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY