UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2007 AUG 23 A 9: 32

U.S. [illegible] COURT
[illegible]

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:00CV2010 (EBB) |
| $596,013.77 AND $855,000.00 IN UNITED STATES CURRENCY SEIZED FROM ACCOUNT NUMBER 6372128044, HELD IN THE NAME OF GREENSTEIN, STARR, GERSTEIN, AND RINALDI, AS ESCROW AGENTS FOR ENDURANCE INVESTMENTS LIMITED, AT BANK OF NEW YORK, | : |
| Defendants. | : |

## DECREE OF FORFEITURE

On October 17, 2000, a Verified Complaint of Forfeiture was filed for the forfeiture of $596,013.77 and $855,000.00 in United States Currency seized from account number 6372128044, held in the name of Greenstein, Starr, Gerstein and Rinaldi, as Escrow Agents for Endurance Investments Limited, at Bank of New York (Currency Defendants), on behalf of the plaintiff, United States of America. The Complaint alleges that the Currency Defendants were involved in a financial transaction in violation of 18 U.S.C. §§ 1956 and 1957, and that the Currency Defendants constitute or are derived from proceeds traceable to an offense constituting "specified unlawful activity" in violation of 18 U.S.C. §§ 1341 and 1343, and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

It appearing that process was fully issued in this action and returned according to law, the Court finds as follows:

## ARREST, NOTICE AND SERVICE OF PROCESS

That pursuant to the Warrants of Arrest In Rem issued by this Court on October 18, 2000, the Internal Revenue Service Criminal Investigation for the District of Connecticut seized the Currency Defendants on October 30, 2000;

That on November 1, 8 and 15, 2000, notice of this action was published in The New York Post newspaper;[1]

That on November 6, 2000, Maurice N. Nessen, Esq., as attorney for Thomas A. Bolan, Esq., Assistant Secretary for Endurance Investments, Ltd., with authority to receive service of process for him, waived personal service of the Verified Complaint of Forfeiture and Warrants of Arrest In Rem;

## CLAIMS AND ANSWERS

That on November 6, 2000, Carroll Fisher, Insurance Commissioner and Receiver for Farmers & Ranchers Life Insurance Company, filed a Claim, and on November 16, 2000, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture, and Counterclaim against the United States;

That on November 8, 2000, Mike Pickens, Receiver of Old Southwest Life Insurance, filed a Claim, and on November 28, 2000, filed an Answer and Defenses to the Verified Complaint of Forfeiture;

That on November 8, 2000, Anne B. Pope, Commissioner and Receiver of Franklin American Life Insurance Company, filed a Claim, and on November 27, 2000, filed an Answer

---

[1] The United States Attorney's costs for advertising notice of this forfeiture action total $1,965.00.

2

and Affirmative Defenses to the Verified Complaint of Forfeiture, and Counterclaim against the United States of America;

That on November 8, 2000, 2000, Keith Wenzel, Director of the Mississippi Department of Insurance in Statutory Capacity as Liquidator of International Financial Services Life Insurance, filed a Claim, and on November 27, 2000, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture, and Counterclaim against the United States;

That on November 8, 2000, George Dale, Mississippi Commissioner of Insurance, filed a Claim, and on November 27, 2000, filed an Answer and Affirmative Defenses to the Verified Complaint of Forfeiture, and Counterclaim against the United States;

## DEFAULTS

That on June 2, 2003, Endurance Investments Limited was defaulted for failure to file a claim or answer or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

That on September 18, 2003, a default judgment was entered against Endurance Investments Limited, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure;

## STIPULATION BETWEEN THE UNITED STATES AND RECEIVER-CLAIMANTS

That on June 21, 2007, the United States and the Receiver-Claimants entered into a Stipulation whereby the parties agreed that upon the Department of Justice's granting of the Receiver-Claimants' Petition for Remission pursuant to the Regulations Governing the Remission or Mitigation of Civil and Criminal Forfeiture, 28 C.F.R. §§ 9.1-9.9, the United States

shall distribute to the Receiver-Claimants the following pro rata shares of the net proceeds of the above-referenced assets, less allowable costs, as follows:

| Claimant/Petitioner | Pro Rata Share of Net Proceeds |
|---|---|
| Franklin Protective Life Insurance Company | 4.10% |
| Family Guaranty Life Insurance Company | 6.99% |
| Farmers and Ranchers Life Insurance Company | 2.30% |
| First National Life Insurance Company of America | 54.78% |
| Franklin American Life Insurance Company | 8.00% |
| Old Southwest Life Insurance Company | 1.75% |
| International Financial Services Life Insurance Company | 22.08% |

That payment of the accrued interest on the assets seized by the Internal Revenue Service Criminal Investigation shall be governed by a separate order of this Court addressing the Receiver-Claimants' motion for payment of accrued interest.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest in the Currency Defendants under seizure in this action be and is hereby entered herein;

ORDERED, ADJUDGED AND DECREED that the defendants, $596,013.77 and $855,000.00 in United States Currency seized from account number 6372128044, held in the name of Greenstein, Starr, Gerstein and Rinaldi, as Escrow Agents for Endurance Investments Limited, at Bank of New York, be forfeited to the United States of America and disposed of in

accordance with the Stipulation filed on June 21, 2007, between the United States and the Receiver-Claimants; and it is further

ORDERED, ADJUDGED AND DECREED that the Court determines that there is no just reason for delay and it directs the Clerk to enter judgment based upon this Decree of Forfeiture as a final judgment for appeal purposes.

Dated at New Haven, Connecticut, this 23 day of August, 2007.

_____
HONORABLE ELLEN BREE BURNS
UNITED STATES DISTRICT JUDGE